STATE OF NEW JERSEY v. SAMUEL REID.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. JERRY THOMPKINS.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION v. MONMOUTH HILLS, INC.

October 7, 1970. Petition for certification denied. (See 110 *N. J. Super.* 449).

STATE OF NEW JERSEY v. JAMES MONROE.

October 7, 1970. Petition for certification denied.

MAURICE FEDER, *ET AL*, v.
BOROUGH OF OCEANPORT, *ETC. ET AL.*

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. BOBBY L. MAYBERRY.

October 7, 1970. Petition for certification denied.